UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

        Plaintiff,

v.

UNIVERSITY OF SOUTH
FLORIDA BOARD OF
TRUSTEES,

        Defendant.
_____/

Case No.: 8:21-CV-02861-MSS-MRM

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED** that mediation has been scheduled for the following date and time:

    **DATE:**    November 9, 2022

    **TIME:**    10:00 a.m. (full day)

    **PLACE:**    Stoler Russell Keener Verona P.A.
                     One Tampa City Center
                     201 N. Franklin Street, Suite 3100
                     Tampa, Florida 33602

    **MEDIATOR**:    Robert Stoler, Esq.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of July, 2022, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Anthony J. Severino*
                                            Kenneth G. Turkel - FBN 867233
                                            E-mail: kturkel@tcb-law.com
                                            Anthony J. Severino – FBN 093452
                                            E-mail: aseverino@tcb-law.com
                                            TURKEL CUVA BARRIOS, P.A.
                                            100 N. Tampa Street, Suite 1900
                                            Tampa, FL 33602
                                            Tel: (813) 834-9191
                                            Fax: (813) 443-2193
                                            *Attorney for Plaintiff*