UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEVAUGHN DINGLE,**

    **Plaintiff,**

**v.**                                          **Case No: 8:21-cv-2861-MSS-MRM**

**UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,**

    **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Dismiss for Failure to State a Claim, (Dkt. 18), filed by Defendant and the Response in opposition thereto filed by Plaintiff. (Dkt. 21) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** Defendant's Motion to Dismiss. The Court finds that the Complaint adequately pleads the Causes of Action asserted therein sufficient to allow the Defendant to Answer and mount a defense.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss for Failure to State a Claim, (Dkt. 18), is **DENIED**.

2. Defendant shall file an Answer within twenty-eight (28) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person