UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEVAUGHN DINGLE,**

    **Plaintiff,**

vs.                                              Case No.: 8:21-cv-02861-T-35AEP

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**DEFENDANT'S UNOPPOSED MOTION TO ALLOW INSURANCE**
**ADJUSTER TO APPEAR FOR MEDIATION REMOTELY**

Defendant UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES ("USF" or "Defendant"), hereby requests that the Court allow the Defendant's insurance adjuster, Florida Department of Financial Services, Division of Risk Management, to participate in the November 9, 2022, mediation conference via telephone or other remote means. For the reasons set forth in the accompanying memorandum of law, the Court should grant the motion.

**MEMORANDUM OF LAW**

This matter is scheduled for mediation on November 9, 2022, at 10 a.m. in Tampa, Florida before the mediator, Robert M. Stoler. The Florida Department of Financial Services, Division of Risk Management, is responsible for the management of claims reported by or against state agencies and universities for coverage under the State Risk Management Trust Fund. Alexander Layton is the insurance adjuster

assigned to this matter, and he is located in Tallahassee, Florida. To avoid the burden, expense, and inconvenience of traveling to Tampa, Defendant respectfully requests the Court to permit Defendant's insurance adjuster to participate by telephone or other remote means at the mediation. A representative of Defendant will be attending the mediation in-person along with the undersigned counsel.

Defendant's request will facilitate the mediation conference and will not prejudice either party or compromise the mediation process in any way. Indeed, Plaintiff does not object to the relief requested in this motion. Accordingly, Defendant submits that it has established good cause for granting this Motion.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the Defendant's counsel has conferred with counsel for the Plaintiff and certifies that the relief sought by this motion is unopposed.

## **CONCLUSION**

Defendant therefore requests the Court to enter an order allowing Defendant's insurance adjuster, Florida Department of Financial Services, Division of Risk Management, to participate in the November 9, 2022, mediation conference via telephone or other remote means.

Dated this 4th day of November, 2022.

                                              Respectfully submitted,

                                              */s/ Sacha Dyson*
                                              THOMAS M. GONZALEZ
                                              Florida Bar No. 192341
                                              thomas.gonzalez@gray-robinson.com
                                              SACHA DYSON

>Florida Bar No.: 509191
>sacha.dyson@gray-robinson.com
>KEVIN M. SULLIVAN
>Florida Bar No.: 1003812
>kevin.sullivan@gray-robinson.com
>GRAY-ROBINSON, P.A.
>P.O. Box 3324 (33601-3324)
>401 E. Jackson Street, Suite 2700
>Tampa, Florida 33602
>TEL: (813) 273-5000
>FAX: (813) 273-5145
>Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kenneth G. Turkel, Esq.
Anthony J. Severino, Esq.
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602

ATTORNEYS FOR PLAINTIFF

>By: */s/ Sacha Dyson*
>　　　Attorney