## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KEVAUGHN DINGLE,

     Plaintiff,

v.                               Case No. 8:21-CV-02861-T-35AEP

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

     Defendant.

_____

### Mediation Report

The parties held a mediation conference on November 9, 2022, and the results of that conference are indicated below.

**1.  Attendance**

The following participants attended the mediation conference:

☒     lead counsel

☒     the parties or a party's surrogate satisfactory to the mediator

☒     any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:
N/A

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐   The parties completely settled the case.

☐   The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐   The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☒   The parties have reached an impasse.

_____

Robert M. Stoler, Esquire
Florida Bar No.  816256
Catherine M. Verona, Esquire
Florida Bar No.: 0506559
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street Suite 3100
Tampa, Florida 33602
TEL: (813) 609-3200
stolerservice@stolerrussell.com
November 9, 2022