UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

    Plaintiff,

v.

UNIVERSITY OF SOUTH
FLORIDA BOARD OF
TRUSTEES,

    Defendant.
_____/

Case No.: 8:21-CV-02861-MSS-MRM

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE BY FORTY-FIVE DAYS**

    Plaintiff, Kevaughn Dingle, by counsel, file this *Unopposed Motion to Extend Discovery Deadline and Dispositive Motion Deadline by Forty-Five Days* and respectfully moves the Court to amend the Case Management and Scheduling Order (Doc. 25) accordingly. In support, Plaintiff states as follows:

    1.    On July 5, 2022, the Court entered its Case Management and Scheduling Order (Doc 25), setting, among other things, the discovery deadline for March 6, 2023 and the dispositive motion deadline for April 5, 2023.

    2.    Plaintiff seeks to extend the deadline to complete discovery from March 6, 2023 to April 20, 2022 (45 days) and the dispositive motion deadline from April 5, 2023 to May 20, 2023 (45 days).

    3.    The parties have exchanged written discovery but are still engaging in good faith discussions regarding certain objections to avoid the need for court

4834-9353-3129, v. 1

intervention. Specifically, the parties have exchanged proposals regarding specific requests to maintain the integrity of certain privacy interests.

4. Given the nature of the claims asserted by Plaintiff, and the corresponding discovery, the Family Educational Rights and Privacy Act ("FERPA") is implicated and requires various protections and consents. Moreover, several fact witnesses are no longer employed by Defendant and are scattered across the country at various universities. Finally, this case also involves witnesses at the State Attorney's office, local law enforcement, and a sitting Hillsborough County Circuit Court Judge which requires additional considerations for scheduling depositions.

5. Plaintiff's deposition is scheduled for March 2, 2023 and dates have been proposed – prior to current discovery deadlines – for certain employees of Defendant. Plaintiff is also attempting to schedule the depositions of the out-of-state witnesses. Finally, as set forth above in paragraph 3, until the parties resolve certain objections asserted by Defendant, Plaintiff cannot proceed with the deposition of Defendant's Corporate Representative.

6. Notwithstanding the parties' efforts and cooperation, an extension of forty-five (45) days will allow the parties to complete the necessary discovery.

7. The parties agree that: (1) the requested extensions will not effect the trial dates; (2) discovery conducted after the dispositive motion deadline (as extended to May 20, 2023) will not be available for summary judgment purposes; and (3) neither party will use the granting of the requested extensions to support a motion to extend another date or deadline.

8. This motion is not interposed in bad faith or for purposes of delay.

9. Neither party will be prejudiced by the granting of this motion.

10. The parties agree to the relief sought in this motion.

## MEMORANDUM OF LAW

Pursuant to Local Rule 3.06(c) the Court has jurisdiction to grant this extension. Rule 16(c)(1)(A), Federal Rule of Civil Procedure, provides that a court may grant an extension of time for good cause if a motion is made before the original time expires. The requested extension will not result in any loss of evidence or create increased difficulties of discovery. *See Smith v. Conner*, 2013 WL 178974 (M.D. Fla. 2013) (citing 10 C. Wright, A. Miller and M. Kane, *Federal Practice and Procedure*, §2699 at 536-37 (2d ed. 1983). To the contrary, the requested extensions will enable the parties to complete discovery and adequately prepare for dispositive motions.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), Plaintiff's counsel conferred with counsel for Defendant regarding the relief requested and the contents of this motion on January 27, 2023 (via email), February 8, 2023 (via email), and February 21, 2023 (via email), and counsel for Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiff, Kevaughn Dingle, respectfully requests that the Court grant this motion and extend the time for the Parties to complete discovery by on or before April 20, 2022 and file any dispositive, Daubert or Markman Motions on or before May 20, 2023.

Dated:  February 21, 2023.

Respectfully submitted,

*/s/ Anthony J. Severino*
Kenneth G. Turkel - FBN 867233
E-mail:  kturkel@tcb-law.com
Anthony J. Severino – FBN 093452
E-mail:  aseverino@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February 2023, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony J. Severino*
Attorney

4

4834-9353-3129, v. 1