UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

    Plaintiff,

v.                                               Case No.:  8:21-cv-2861-MSS-MRM

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

    Defendant.

| **Judge:** | Mac R. McCoy | **Counsel for Plaintiff:** | Anthony Joseph Severino |
|---|---|---|---|
| **Deputy Clerk:** | Fabiana Nicastri | **Counsel for Defendant:** | Sacha Dyson |
| **Court Reporter:** | Digital | **Interpreter:** | N/A |
| **Date/Time:** | May 8, 2023 10:03 AM-10:49 AM | **Total Time:** | 46 minutes |

**Motion Hearing**

All parties present by Zoom Video Conference. The Court announces the purpose of today's hearing is to discuss the following motions: [36] MOTION for Extension of Time to Complete Discovery by Thirty Days and MOTION to Compel Corporate Representative Deposition and Production of Documents.

Court hears arguments on pending motions. The Court announces it will grant in part and deny in part, without prejudice, the motion at docket entry 36. Details on the record. Order to follow. The parties announce they do not have any conflicts to postpone the trial term to February 2024 and Ms. Dyson asks a few follow up questions.

Nothing further from the parties.