UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

    Plaintiff,

v.

Case No.: 8:21-CV-02861-MSS-MRM

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

    Defendant.
_____/

SEP 27 2023 PM3:56
FILED - USDC - FLMD - TPA

**PLAINTIFF'S NOTICE OF FILING AUDIO EXHIBIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, KEVAUGHN DINGLE, by and through his undersigned counsel, hereby gives notice of filing the enclosed flash drive containing audio Exhibit No. 5 to the deposition of Sergeant Brian Pearson taken on April 18, 2023 in support of Plaintiff's Response to Defendant's Motion for Summary Judgment.

    Dated: September 27, 2023

/s/ Anthony J. Severino
Kenneth G. Turkel - FBN 867233
E-mail: kturkel@tcb-law.com
Anthony J. Severino – FBN 093452
E-mail: aseverino@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of September 2023, the foregoing document was filed with the Court by hand delivery. A copy of this notice and exhibit were provided by e-mail link to all counsel of record.

                                                          /s/ *Anthony J. Severino*
                                                          Attorney