UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

        Plaintiff,

v.

Case No.: 8:21-CV-02861-MSS-MRM

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

      Plaintiff, KEVAUGHN DINGLE, by and through his undersigned counsel, hereby gives notice of filing the following documents attached hereto in support of Plaintiff's Response to Defendant's Motion for Summary Judgment.

1. Comparator Chart prepared by USF's Office of Students Rights and Responsibilities for the period from November 12, 2015 through July 8, 2019

2. USF Student Code of Conduct Number USF6.0021

3. USF Office of Student Rights & Responsibilities Transcript of Provisional Suspension Hearing on November 22, 2017.

4. USF Office of Student Rights & Responsibilities Transcript of Administrative Hearing on December 8, 2017

5. USF Police Synopsis

6. Search Warrant dated November 17, 2017

7. Letter dated November 28, 2018 from Maria Z. Cutsinger/USF to Kevaughn Dingle informing outcome of Emergency Provisional Suspension Hearing on November 22, 2017

8. Administrative Hearing Officer/University Conduct Board Hearing Documentation dated December 8, 2017

9. Letter from Jonathan Monti, Interim Associate Director, Office of Student Rights and Responsibilities to Kevaughn Dingle notifying him of outcome and Expulsion and Order to commence on December 21, 2017.

10. USF Sexual Misconduct/Sexual Harassment (Including Sexual Violence) Policy Number 0-004, Last Amended October 19, 2015

11. February 7, 2018 Memo from the State Attorney's Office for the Thirteenth District

12. Dear Colleague letter from US Dept. of Education, Asst. Secretary for Civil Rights re: sexual violence dated April 4, 2011

13. Time – Setting the Record Straight on 1 in 5 dated December 15, 2014

14. US Dept. of Education, Office for Civil Rights – Questions and Answers on Title IX and Sexual Violence dated April 29, 2014

15. Obama White House Fact Sheet: Not Alone – Protecting Students from Sexual Assault dated April 29, 2014

16. Department of Education Releases List of Higher Education Institutions with Open Title IX Sexual Violence Investigations dated May 1, 2014

17. September 22, 2017 Dear Colleague letter from US Dept. of Education, Acting Asst. Secretary for Civil Rights withdrawing April 4, 2011 and April 29, 2014 statements of policy and guidance

18. Tampa Bay Times – New Federal Investigation targets USF handling of sexual violence case dated November 2, 2017

19. USF Catalyst – Safe HOME at USF hosts first annual Slut Walk

20. Tampa Bay Times – USF ignored student's fears after she alleged sexual assault dated November 30, 2017

21. Tampa Bay Times – Editorial – USF Should revisit approach to Title IX protections dated December 6, 2017

22. Chart of Collective USF Testimony

23. Preliminary Vocational Assessment and Loss of Earning Capacity Analysis of Amanda Thomas M.ED., Ed.S. and Julianne Frain, Ph.D. dated November 8, 2022

24. Deposition transcript of Jonathan Monti and exhibits dated April 18, 2023

25. Deposition transcript of Sergeant Brian Pearson and exhibits dated April 18, 2023 [1]

26. Plaintiff's deposition transcript and exhibits dated March 2, 2023 previously filed with this Court by Defendant on August 7, 2023 (DKT 55)

27. Deposition transcript of Joshua B. Cutchens dated April 18, 2023 previously filed with this Court by Defendant on August 7, 2023 (DKT 56)

28. Deposition transcript of Maria Cutsinger and exhibits dated April 19, 2023 previously filed with this Court by Defendant on August 7, 2023 (DKT 57)

29. Deposition transcript of Danyelle Madsen and exhibits dated April 19, 2023 previously filed with this Court by Defendant on August 7, 2023 (DKT 58)

30. Deposition transcript of Danielle McDonald as Corporate Representative of the University of South Florida Board of Trustees and exhibits dated July 18, 2023, previously filed with this Court by Defendant on August 7, 2023 (DKT 59)

31. Deposition transcript of Kristin Steffen and exhibits dated June 13, 2023, previously filed with this Court by Defendant on August 7, 2023 (DKT 60).

---

[1] Exhibit 5 to the Deposition of Sgt. Brian Pearson is an audio file and is filed under a separate Notice of Filing with a flash drive containing same.

Dated: September 27, 2023.

/s/ *Anthony J. Severino*
Kenneth G. Turkel - FBN 867233
E-mail: kturkel@tcb-law.com
Anthony J. Severino – FBN 093452
E-mail: aseverino@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of September 2023, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Anthony J. Severino*
Attorney