UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

    Plaintiff,

vs.                              Case No.: 8:21-cv-02861-T-35AEP

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION IN LIMINE

Defendant, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES ("USF" or "Defendant"), moves to extend the time for Defendant to respond to Plaintiff's Motion in Limine (Dkt. No. 77). In support of its Motion, Defendant states as follows:

1. On December 15, 2023, Plaintiff filed his Motion in Limine (Dkt. No. 77). Pursuant to Local Rule 3.01, Defendant's Response is due on December 29, 2023.

2. Defendant needs additional time to prepare its Response and requests a brief extension of time of seven (7) days, up to and including January 5, 2024, to respond to file a Response.

3. This motion is made in good faith and not for the purpose of undue delay. In addition, the brief extension will not prejudice Plaintiff in any way, and Plaintiff does not oppose the relief requested in this Motion, as long as the Court also extends

Plaintiff's deadline to respond to Defendant's Omnibus Motion in Limine (Dkt. No. 76).

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) allows the Court to grant an extension of time upon the showing of good cause. There is no danger of prejudice or harm to Plaintiff or the judicial proceedings in granting this relief, and Defendant is acting in good faith in seeking the same. Based upon the foregoing, Defendant respectfully suggests that it has shown good cause why additional time should be granted to it for filing a Response to Plaintiff's Motion in Limine.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff does not oppose the relief requested herein as long as the Court also extends Plaintiff's deadline to respond to Defendant's Omnibus Motion in Limine (Dkt. No. 76).

## CONCLUSION

WHEREFORE, Defendant, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, respectfully requests that the Court grant Defendant an extension of time, up to and including January 5, 2024, to File a Response to Plaintiff's Motion in Limine.

Dated this 22nd day of December, 2023.

Respectfully submitted,

*/s/ Sacha Dyson*

>SACHA DYSON
>Florida Bar No.: 509191
>sdyson@bgrplaw.com
>KEVIN M. SULLIVAN
>Florida Bar No. 1003812
>ksullivan@bgrplaw.com
>BUSH GRAZIANO RICE
>& PLATTER, P.A.
>100 South Ashley Drive, Suite 1400
>Tampa, Florida 33602
>TEL: (813) 228-7000
>FAX: (813) 273-0091
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Kenneth Turkel and Anthony Severino, counsel for Plaintiff.

>*/s/Sacha Dyson*
>Attorney