UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

    Plaintiff,

v.

UNIVERSITY OF SOUTH
FLORIDA BOARD OF
TRUSTEES,

    Defendant.
_____/

Case No.: 8:21-CV-02861-MSS-UAM

|   | Evidentiary |
|---|---|
| X | Trial |
|   | Other |

# PLAINTIFF'S PROPOSED DEPOSITION DESIGNATIONS

| CUTCHENS, Joshua B. 4/18/23 | |
|---|---|
| 1 | 6:3 – 8:14 |
| 2 | 8:21 – 9:11 |
| 3 | 9:13 – 10:1 |
| 4 | 10:23 – 11:5 |
| 5 | 12:1-14 |
| 6 | 13:1-9, 16-21 |
| 7 | 14:7 – 15:1-7 |
| 8 | 15:14 – 16:13 |
| 9 | 16:14 – 17:18 |
| 10 | 18:7 – 20:20 |
| 11 | 21:14 – 22:7 |
| 12 | 22:9 – 23:10 |
| 13 | 24:2-16 |
| 14 | 24:17-20 |
| 15 | 24:22 – 28:21 |
| 16 | 29:9-16 |
| 17 | 30:1 – 32:5 |
| 18 | 32:13 – 33:24 |
| 19 | 34:1-24 |
| 20 | 38:4-8 |
| 21 | 38:18 – 39:7, 17-21 |

| CUTCHENS, Joshua B. 4/18/23 | |
|---|---|
| 22 | 40:6-20 |
| 23 | 41:6 – 42:24 |
| 24 | 42:25 – 43:23 |
| 25 | 45:11-19 |
| 26 | 46:10-17 – 47:8-48:2 |

| CUTSINGER, Maria Zale 4/19/23 | |
|---|---|
| 1 | 5:8-10 |
| 2 | 6:17 – 7:6 |
| 3 | 11:18 – 12:20 |
| 4 | 12:21 – 13:6, 15-25 – 14:16 |
| 5 | 14:17 – 17:2 |
| 6 | 17:3 – 18:10 |
| 7 | 19:3 – 20:3 |
| 8 | 21:8 – 22:20 |
| 9 | 23:6-10, 19 – 24:13 |
| 10 | 25:6-21 |
| 11 | 25:22 – 26:16 |
| 12 | 26:18-21 |
| 13 | 27:22 – 28:1 |
| 14 | 28:10-16 |
| 15 | 29:11 – 30:6 |
| 16 | 31:1-5 |
| 17 | 31:10-15 |
| 18 | 32:7-11, 18-22 |
| 19 | 32:23 – 33:6 |
| 20 | 33:10 – 35:24 |
| 21 | 38:1 – 39:19 |
| 22 | 40: 3-6, 12-16 |
| 23 | 41:25 – 42:16 |
| 24 | 42:23 – 43:4 |
| 25 | 43:14-22 |
| 26 | 44:19 – 46:23 |
| 27 | 47:4-8 |
| 28 | 48:4 – 49:19, 50:10-24 |
| 29 | 51:15-25 |
| 30 | 52:2 – 54:20 |
| 31 | 54:21 – 56:4 |
| 32 | 57:16 – 59:15 |
| 33 | 59:16 – 61:6 |
| 34 | 61:7-20 |
| 35 | 61:21 – 62:20 |

| CUTSINGER, Maria Zale 4/19/23 | |
|---|---|
| 36 | 62:21 – 63:6 |
| 37 | 63:7-24 |
| 38 | 63:25 – 64:25 |
| 39 | 65:1-7 |
| 40 | 65:10 – 66:8 |
| 41 | 66:13 – 67:4 |
| 42 | 70:3 – 71:10 |
| 43 | 71:15 – 72:10 |
| 44 | 72:23 – 74:4 |
| 45 | 74:5-17 |
| 46 | 75:3 – 76:3 |
| 47 | 76:17 – 77:13 |
| 48 | 78:3 – 79:4 |
| 49 | 83:15 – 85:7 |
| 50 | 85:8-18 |
| 51 | 92:11 – 93:3 |

| STEFFEN-ZONSIUS, Kristen 6/13/23 | |
|---|---|
| 1 | 13:12-14, 20 – 15:20 |
| 2 | 15:21 – 17:12 |
| 3 | 17:13 – 19:20 |
| 4 | 21:19 – 23:6 |
| 5 | 24:5 – 28:20 |
| 6 | 28:21 – 29:23 |
| 7 | 29:24 – 30:7 |
| 8 | 30:8 – 31:11 |
| 9 | 32:8-20 |
| 10 | 32:21 – 33:24 |
| 11 | 34:8 – 36:12 |
| 12 | 36:16 – 38:14 |
| 13 | 40:14 – 42:8 |
| 14 | 42:9-21 |
| 15 | 49:20-25 |
| 16 | 50:1 – 53:11 |
| 17 | 53:24 – 54:14 |
| 18 | 54:15 – 56:1 |
| 19 | 56:4 – 58:10 |
| 20 | 58:11-15, 65:4-9 |
| 21 | 70:3-6 |
| 22 | 70:17-24 |
| 23 | 71:4-8 |
| 24 | 71:9 – 72:8, 22 – 73:12 |
| 25 | 73:13 – 77:24 |

| STEFFEN-ZONSIUS, Kristen 6/13/23 | |
|---|---|
| 26 | 78:14-17 |
| 27 | 79:6-14 |
| 28 | 79:19 – 80:18 |
| 29 | 80:19 – 82:6 |
| 30 | 83:4 – 85:15 |
| 31 | 86:13-21 |
| 32 | 86:22 – 87:13 |