UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVAUGHN DINGLE,

      Plaintiff,

v.

Case No.: 8:21-CV-02861-MSS-MRM

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPTS WITH DESIGNATIONS HIGHLIGHTED**

Plaintiff, Kevaughn Dingle, by undersigned counsel and pursuant to the Court's Order extending the deadline to submit deposition transcripts with his designations highlighted [Doc. 81], hereby gives notice of filing the following:

(1) Deposition Transcript of Joshua Cutchens highlighted with Plaintiff's designations,

(2) Deposition Transcript of Maria Zale Cutsinger highlighted with Plaintiff's designations, and

(3) Deposition Transcript of Kristen Steffen-Zonsius highlighted with Plaintiff's designations.

/s/ Anthony J. Severino
Kenneth G. Turkel - FBN 867233
E-mail: kturkel@tcb-law.com
Anthony J. Severino – FBN 093452
E-mail: aseverino@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Anthony J. Severino
Attorney